# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CHRISTOPHER EARL STRUNK,　　　)
　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　)
　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　)　　Civil Action No. 09-1295 (RJL)
　　　　　　　　　　　　　　　)
UNITED STATES DEPARTMENT OF　)
COMMERCE, BUREAU OF THE　　　)
CENSUS, *et al.*,　　　　　　　　)
　　　　　　　　　　　　　　　)
　　　　　　　Defendants.　　　)

## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the Clerk of Court shall docket "Plaintiff's Response Declaration in Opposition to the Motion to Dismiss the Complaint by Defendants The Maryland Province of the Society of Jesus and Fr. Timothy B. Brown, S.J." as his opposition to the motion to dismiss [#10] filed on behalf of Maryland Province of the Society of Jesus and Timothy B. Brown, and shall docket "Plaintiff's Response Affidavit in Opposition to the Motion to Dismiss the Complaint as to the City of New York and Michael Bloomberg In Esse Defendants" as his opposition to Defendant City of New York and Michael Bloomberg's Motion to Dismiss [#25]; it is further

ORDERED that plaintiff's motion for a three judge panel [Dkt. #3] is DENIED; it is further

ORDERED that the defendants' motions to dismiss [Dkt. # 10, 13, 16, 21, 22, and 25] are GRANTED; it is further

-1-

ORDERED that all claims against John Does, Jane Does, and XYZ Entities are DISMISSED, and that these defendants are DISMISSED as party defendants; and it is further ORDERED that the complaint and this civil action are DISMISSED.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

RICHARD J. LEON
United States District Judge

DATE: 3/15/10